UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL A. CORDER,

        Plaintiff,

v.

        Case No. 05-72127
        Hon. Gerald E. Rosen
        Magistrate Judge Virginia M. Morgan

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on September 27, 2006

PRESENT:  Honorable Gerald E. Rosen
                 United States District Judge

On November 21, 2005, Magistrate Judge Virginia M. Morgan issued a Report and Recommendation ("R & R") recommending that the Court grant the Defendant Commissioner of Social Security's motion for summary judgment and deny Plaintiff Darrell A. Corder's motion for summary judgment.  Plaintiff has not filed any objections to the R & R.  Upon reviewing the R & R, the parties' motions, and the record as a whole, the Court fully concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

      Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's November 21, 2005 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Defendant's motion for summary judgment is GRANTED and Plaintiff's motion for summary judgment is DENIED.

                                        s/Gerald E. Rosen
                                        Gerald E. Rosen
                                        United States District Judge

Dated: September 27, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 27, 2006, by electronic and/or ordinary mail.

                                        s/LaShawn R. Saulsberry
                                        Case Manager